1 | Craig A. Ramseyer (Bar No. 99099)
Katherine M. Knudsen (Bar No. 125731)
2 | PROCOPIO, CORY, HARGREAVES &
      SAVITCH LLP
3 | 525 B Street, Suite 2200
San Diego, California  92101
4 | Telephone: 619.238.1900
Facsimile: 619.235.0398
5 |
Attorneys for T.B. Penick & Sons, Inc. and Safeco
6 | Insurance Company of America

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | THE UNITED STATES OF AMERICA, for the use
and benefit of TRABIL ENTERPRISES, INC., a
11 | California corporation,

12 | Plaintiff,

13 | v.

14 | T.B. PENICK & SONS, INC., A California
Corporation; SAFECO INSURANCE COMPANY
15 | OF AMERICA, a Washington Corporation; and
DOES 1 through 50, inclusive,
16
17 | Defendants.

Case No.: 2:11-cv-00867-LKK-EFB

STIPULATION FOR EXTENSION OF
TIME FOR DEFENDANTS T.B. PENICK
& SONS, INC. AND SAFECO
INSURANCE COMPANY OF AMERICA
TO RESPOND TO THE COMPLAINT
AND ORDER THEREON

18
19
20
21
22
23
24
25
26
27
28

1

Pursuant to Civil Local Rule 144, the parties hereby stipulate to extending the deadline for Defendants T.B. Penick & Sons, Inc. and Safeco Insurance Company of America to move, plead or otherwise respond to the Miller Act Complaint ("Complaint") in this action.   This Stipulation is based on the following facts and circumstances:

1.     On March 31, 2011, Use-Plaintiff filed a Complaint on Miller Act Payment Bond, Breach of Contract, Account Stated and Quantum Meruit in this Court.  The same was served on the Defendants on April 6, 2011.  Accordingly, responsive pleadings are due April 27, 2011.

2.     Subsequent to service, the parties have engaged in settlement discussions and are continuing to evaluate and consider a potential resolution of this entire matter.  The parties believe that their good faith interest in continuing such discussion and evaluation establishes good cause for a brief continuance of the current responsive pleading deadlines.

3.     The parties agree to extend the time for Defendant to move, plead or otherwise respond to the Complaint up to and including May 11, 2011.

4.     There has been no previous continuances sought or granted.

DATED:  April 25, 2011                    PROCOPIO CORY HARGREAVES
                                          & SAVITCH LLP


                                          By:  /s/ Craig A. Ramseyer
                                              Craig A. Ramseyer
                                              Craig.Ramseyer@procopio.com
                                              Attorneys for Defendants
                                              T.B. Penick & Sons, Inc. and
                                              Safeco Insurance Company of America

DATED:  April 25, 2011                    COOK BROWN, LLP


                                          By:  /s/ Stephen R. McCutcheon Jr.
                                              Stephen R. McCutcheon Jr.
                                              smccutcheon@CookBrown.com
                                              Attorneys for Plaintiff Trabil Enterprises, Inc.

2

**ORDER**

1

2      IT IS SO ORDERED.

3

4      Dated:  April 25, 2011.

5

6

7      LAWRENCE K. KARLTON
       SENIOR JUDGE
8      UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3